UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH TERRY,<br><br>                           Plaintiff,<br><br>     v.<br><br>CO JAMES HULSE JR. et al.,<br><br>                           Defendant. | No. 16-CV-252 (KMK)<br><br>NOTICE OF VIDEO CONFERENCE INFORMATION |

KENNETH M. KARAS, United States District Judge:

The Court will hold the hearing scheduled in the above-captioned case on December 10, 2021 at 10:00am by video, using Zoom.  Counsel shall join the proceeding by accessing the platform through the website at https://zoom.us/join or by downloading the application, and entering the following information:

   Meeting ID:  860 1278 3992

   Passcode:  796557

SO ORDERED.

 Dated:    December 7, 2021
           White Plains, New York

                                                              _____
                                                              KENNETH M. KARAS
                                                              United States District Judge